# Court of Appeals
# of the State of Georgia

ATLANTA,___June 29, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1914.  MARTIN GREEN v. SAVANNAH SPRINGS APARTMENTS.**

This dispossessory proceeding commenced in magistrate court.  Following an unfavorable ruling, Martin Green appealed to the superior court.  The superior court entered an order affirming the magistrate court and awarding Savannah Springs Apartments back rent and an unpaid water bill.  Green then filed this notice of appeal.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." (Punctuation omitted.)  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Green's failure to follow the proper appellate procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/29/2016____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*